AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>CARTER, DAVID O. | **2. Court or Organization**<br><br>U.S. District, Central District of California | **3. Date of Report**<br><br>04/12/2017 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | **5a. Report Type** (check appropriate type)<br>☐ Nomination　　Date<br>☐ Initial　☑ Annual　☐ Final<br>**5b.** ☐　Amended Report | **6. Reporting Period**<br><br>01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

Ronald Reagan Federal Building and U.S. Courthouse
411 West Fourth Street, Suite 9-160
Santa Ana, California 92701

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐　NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | November 10th Association (Marine Corps) |
| 2. | Board Member | On Track (Stop Substance Abuse Among Children) |
| 3. | Advisory Board Member | KinderCamrarina (Encourage Minority Youth Re Education) |
| 4. | Board Member | Orange County Federal Bar Association |
| 5. | Judge Advocate/Sgt at Arms | 1st Battalion 9th Marines Association |
| 6. | Executive Board Member | Department of State Public-Private Partnership (Rule of Law Justice Reform in Afghanistan) |
| 7. | Board Member | Global Center on Cooperataive Security, Counter Terrorism Executive Directorate, United Nations |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑　NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CARTER, DAVID O. | 04/12/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | University of California, Irvine. Lecture / Department of Policial Science | $8,156.33 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | U.S. Department of Justice, OPDAT | 01/08 - 1/16 | Jakarta, Indonesia | Seminar | Transportation, Food & Lodging |
| 2. | Global Center on Counter Terrorism, United Nations | 03/09 - 03/12 | New York, NY | Seminar | Transportation, Food & Lodging |
| 3. | Global Center on Counter Terrorism, United Nations | 03/19 - 03/25 | Kuala Lumpur, Malaysia | Seminar | Transportation, Food & Lodging |
| 4. | U.S. Department of Justice, OPDAT | 04/08 - 04/18 | Denpasar, Indonesia | Seminar | Transportation, Food & Lodging |
| 5. | Association of Judicial Unity | 04/23 - 04/27 | Istanbul, Turkey | Seminar | Transportation, Food & Lodging |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | CARTER, DAVID O. | 04/12/2017 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | U.S. Department of Justice, OPDAT | 07/16 - 07/23 | Valletta, Malta | Seminar | Trasportation, Food & Lodging |
| 7. | Partners for Justice Reform in Afghanistan | 08/09 - 08/14 | Dubai, Afghanistan | Seminar | Transportation, Food & Lodging |
| 8. | U.S. Department of Justice, OPDAT | 08/23 - 08/26 | Kuala Lumpur, Malaysia | Seminar | Transportation, Food & Lodging |
| 9. | U.S. Department of Justice, OPDAT | 08/27 - 09/05 | Prague, Czech Republic | Seminar | Transportation, Food & Lodging |
| 10. | American Bar Association | 09/08 - 09/11 | Boston, MA | Seminar | Transportation, Food & Lodging |
| 11. | United States Patent & Trademark Office/Global Intellectual Property Academy | 09/18 - 09/23 | Astana, Kazakhstan | Seminar | Transportation, Food & Lodging |
| 12. | Global Center on Counter Terrorism, United Nations | 09/30 - 10/08 | Colombo, Sri Lanka | Seminar | Transportation, Food & Lodging |
| 13. | National Association of Federal Equity Receivers | 10/13 - 10/16 | Washington, DC | Seminar | Transportation, Food & Lodging |
| 14. | CEELI Institute | 10/28 - 11/06 | Valletta, Malta | Seminar | Transportation, Food & Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| **CARTER, DAVID O.** | 04/12/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | United Chase Visa | Credit Card | None |
| 2. | MasterCard Citibank | Credit Card | None |
| 3. | MasterCard Chase | Credit Card | None |
| 4. | Visa Citi Bank | Credit Card | None |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CARTER, DAVID O. | 04/12/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1 - Orange County, California | E | Rent | O | W | | | | | |
| 2. Vacant Land #1 - Siskiyou County, California | | None | M | W | | | | | |
| 3. Judicial State Retirement, Orange County, California | G | | M | T | | | | | Retirement |
| 4. Union Bank of CA | A | Interest | J | T | | | | | |
| 5. Vacant Land #2, Pugatory, Colorado | | None | M | W | | | | | |
| 6. Wells Fargo Bank | A | Interest | J | T | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CARTER, DAVID O. | 04/12/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| CARTER, DAVID O. | 04/12/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ DAVID O. CARTER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544